# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

| | |
|---|---|
| *80 Red Schoolhouse Road, Suite 110* | *c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC* |
| *Spring Valley, NY 10977* | *500 Frank W. Burr Blvd., Ste. 31* |
| *Tel: (845) 352-0206* | *Teaneck, NJ 07666* |
| *Fax: (845) 352-0481* | *Tel: (201) 928-1100* |

February 21, 2019

The Honorable Judge Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    ***Re: 7:18-cv-05615-NSR, Malibu Media, LLC v. Wei Xu – Plaintiff's Response to Defendant's Request for an Extension of Time***

Dear Judge Roman:

    I represent Plaintiff, Malibu Media, LLC, in the above-referenced matter. This letter is in response to the letter filed by Defendant at CM/ECF 24 and 25 requesting an extension of time.

    Plaintiff is not opposed to Defendant's request for an extension of time to respond to the Amended Complaint [CM/ECF 17] up to and including March 15, 2019 as requested.

                                                  Respectfully Submitted,

                By:    /s/ *Kevin T. Conway*
                           Kevin T. Conway (KC-3347)
                           80 Red Schoolhouse Road, Suite 110
                           Spring Valley, NY 10977
                           T: (845) 352-0206
                           F: (845) 352-0481
                           Email: ktcmalibu@gmail.com
                           *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

          By: /s/ *Kevin T. Conway*
             Kevin T. Conway (KC-3347)